CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 3 1 2021

AO 91 (Rev. 11/11) Criminal Complaint

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21 mj 52 |
| JOSHUA S. CARROLL | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 2020 - December 2020** in the county of **Russell** in the **Western** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the U.S |
| 18 U.S.C. § 1040(a)(1,2) | Fraud in Connection with Emergency Relief Benefits |
| 18 U.S.C. § 1349/1341 | Conspiracy to Commit Mail Fraud |
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Joseph Harrilla, Special Agent, USDOL-OIG
_Printed name and title_

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 3/31/21

City and state: Abingdon, VA

_Judge's signature_

Pamela Meade Sargent, US Magistrate Judge
_Printed name and title_